UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MYKAYLA FAGNANI,

                  Plaintiff,

     - against -

THE VITA COCO COMPANY, INC.,

                  Defendant.

26-cv-3396(JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **July 27, 2026.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
         April 27, 2026

                          John G. Koeltl
                 United States District Judge